31732. MASON *et al.* v. PORT WENTWORTH CORPORATION.

FELTON, J. In an action for damages based solely on the fact that the defendants obtained an injunction against the plaintiff, the petition does not set forth a cause of action in the absence of an allegation that the petition for injunction did not fairly and honestly set forth the facts relied on. *Short & Company* v. *Spragins, Buck & Company,* 104 *Ga.* 628 (30 S. E. 810). The court did not err in sustaining the general and the third special demurrer and in dismissing the action.

*Judgment affirmed. Sutton, C. J., and Parker, J., concur.*

DECIDED OCTOBER 24, 1947.

*Aaron Kravitch,* for plaintiffs in error.
*Hitch, Morris, Harrison & Smith,* contra.